**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

O.B., : No. 255 WAL 2018
:
        Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
C.W.B., :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**, and the Motion to Proceed In Forma Pauperis is GRANTED.